UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 19-1792 JVS (DFMx) | Date | January 14, 2021 |
| Title | Document Security Systems, Inc. v. Seoul Semiconductor Co., Ltd. | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **[IN CHAMBERS] Order to Show Cause Regarding Stay**

    On January 13, 2021, the parties submitted a joint status report stating that the Patent Trial and Appeal Board entered a decision to institute inter partes review in response to Seoul Semiconductor Co., Ltd.'s request. JSR, ECF No. 35. A final written decision is expected by November 20, 2021. Id. The parties have requested that the Court order submission of another joint status report within 14 days of receipt of a final written decision. Id. The Court agrees this would be appropriate.

    The Court orders the parties to submit a status report on the final written decision in the inter partes review within 14 days of receipt.

    **IT IS SO ORDERED.**

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |