Etai Lahav
Radulescu LLP
5 Penn. Plaza, 19th Floor
New York, NY 10001

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Document Security Systems, Inc.

Plaintiff(s)

v.

Seoul Semiconductor Co., Ltd., and Seoul Semiconductor, Inc.

Defendant(s).

**CASE NUMBER**

8:19-cv-01792-JVS-DFM

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Lahav, Etai

*Applicant's Name (Last Name, First Name & Middle Initial)*

646-502-5950

*Telephone Number*

646-502-5959

*Fax Number*

etai@radip.com

*E-Mail Address*

of

Radulescu LLP
5 Penn. Plaza, 19th Floor
New York, NY 10001

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Seoul Semiconductor Co., Ltd. and Seoul Semiconductor, Inc.

*Name(s) of Party(ies) Represented*

☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other: _____

**and designating as Local Counsel**

Ruttenberg, Guy

*Designee's Name (Last Name, First Name & Middle Initial)*

207937

*Designee's Cal. Bar No.*

(310) 627-2270

*Telephone Number*

(310) 627-2260

*Fax Number*

guy@ruttenbergiplaw.com

*E-Mail Address*

of

RUTTENBERG IP LAW
1801 Century Park East, Ste. 1920
Los Angeles, CA 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

**Dated** _____

U.S. District Judge/U.S. Magistrate Judge