# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Document Security Systems, Inc.<br><br>Plaintiff(s)<br>v.<br><br>Seoul Semiconductor Co., Ltd., and Seoul Semiconductor, Inc.<br><br>Defendant(s). | **CASE NUMBER**<br>8:19-cv-01792-JVS-DFMx<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [46]** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Lahav, Etai    of    Radulescu LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    5 Penn. Plaza, 19th Floor
New York, NY 10001

646-502-5950    646-502-5959
*Telephone Number*    *Fax Number*

etai@radip.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Seoul Semiconductor Co., Ltd. and Seoul Semiconductor, Inc.

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Ruttenberg, Guy    of    RUTTENBERG IP LAW
*Designee's Name (Last Name, First Name & Middle Initial)*    1801 Century Park East, Ste. 1920
Los Angeles, CA 90067

207937    (310) 627-2270    (310) 627-2260
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

guy@ruttenbergiplaw.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED.**
☐ **DENIED:** ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated   June 22, 2023                                          *[signature]*
                                                                U.S. District Judge