Name and address:
Karin G. Pagnanelli (SBN 174763), kgp@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCUMENT SECURITY SYSTEM, INC., <br><br> Plaintiff(s) <br><br> v. <br><br> SEOUL SEMICONDUCTOR, CO., LTD. <br><br> Defendant(s). | CASE NUMBER <br> 8:19-CV-01792-JVS-DFM <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

MEAD, CHRISTOPHER B.  of  Schertler Onorato Mead & Sears
*Applicant's Name (Last Name, First Name & Middle Initial)*   555 - 13th Street, N.W., Suite 500 West

202-628-4199    202-628-4177    Washington, DC  20004
*Telephone Number*    *Fax Number*

cmead@schertlerlaw.com
*E-Mail Address*    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
DSS, Inc.

*Name(s) of Party(ies) Represented*    ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Karin G. Pagnanelli   of   Mitchell Silberberg & Knupp LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   2049 Century Park East, 18th Floor

174763    310-312-3746    310-231-8346    Los Angeles, CA 90067-3120
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

kgp@msk.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
          ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
          ☐ for failure to complete Application: _____
          ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
          ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
          ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.
**Dated** _____

U.S. District Judge/U.S. Magistrate Judge