Name and address:

MITCHELL SILBERBERG & KNUPP LLP
Karin G. Pagnanelli (SBN 174763), kgp@msk.com
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Document Security Systems, Inc. | CASE NUMBER |
|---|---|
| Plaintiff(s), | 8:19-CV-01792-JVS-DFM |
| v. | |
| SEOUL SEMICONDUCTOR CO., LTD. | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |
| Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* ***ELECTRONIC SIGNATURES ARE NOT ACCEPTED.*** *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* ***Out-of-state federal government attorneys are not required to pay the $500 fee.*** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

TIGHE, TARA N.
*Applicant's Name (Last Name, First Name & Middle Initial)*                    *check here if federal government attorney* ☐

SCHERTLER ONORATO MEAD & SEARS
*Firm/Agency Name*

555 - 13TH STREET, N.W.                    202-628-4199            202-628-4177
SUITE 500 WEST                              *Telephone Number*       *Fax Number*
*Street Address*

WASHINGTON, DC 20004                        ttighe@schertlerlaw.com
*City, State, Zip Code*                      *E-mail Address*

**I have been retained to represent the following parties:**

| DSS, INC. | ☒ Plaintiff(s) ☐ Defendant(s) ☐ Other: _____ |
|---|---|
| | ☐ Plaintiff(s) ☐ Defendant(s) ☐ Other: _____ |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| USDC-MD | 11/5/2021 | Yes |
| USDC-WDPA | 10/22/2012 | Yes |
| USDC-EDPA | 9/7/2021 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:17-CV-06050-JVS-JE | DSS v. LITE-ON, INC. | | Pending |
| 2:17-CV-08849-JVS-JE | DSS v. NICHIA | | Pending |
| 2:19-CV-08172-JVS-JE | DSS v. NICHIA | | Pending |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 7/10/2023

Tara N. Tighe
*Applicant's Name (please type or print)*

*[signature]*
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Pagnanelli, Karin G.
*Designee's Name (Last Name, First Name & Middle Initial)*

Mitchell Silberberg & Knupp LLP
*Firm/Agency Name*

2049 Century Park East
18th Floor
*Street Address*

Los Angeles, CA 90067
*City, State, Zip Code*

310-312-3746
*Telephone Number*

310-231-8346
*Fax Number*

kgp@msk.com
*Email Address*

174763
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated 7/10/23

Karin G. Pagnanelli
*Designee's Name (please type or print)*

/s/ Karin Pagnanelli
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

USDC-NDWV admitted 5/18/2016
Pennsylvania Bar admitted 10/22/2012
West Virginia Bar admitted 5/18/2016
District of Columbia Bar admitted 10/25/2021



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Tara Noel Tighe, Esq.*

**DATE OF ADMISSION**

*October 22, 2012*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: June 30, 2023

*Nicole Traini*
Nicole Traini
Chief Clerk

STATE OF WEST VIRGINIA

I, Edythe Nash Gaiser, Clerk of the Supreme Court of Appeals of West Virginia, hereby do certify that Tara Noel Tighe, of Bethesda, Maryland an attorney duly licensed to practice law in this State, was admitted to practice law before the Supreme Court of Appeals of West Virginia, the highest court of the State, on the 18th day of May, 2016; that she is an attorney in good standing in said Court and is currently on active status and that her private and professional characters are good.

Given under my hand and seal of said Court, at Charleston, West Virginia, this 30th day of June 2023, and in the 161st year of the State.

*Edythe Nash Gaiser*
Clerk, Supreme Court of Appeals of West Virginia





On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# *Tara Noel Tighe*

was duly qualified and admitted on October 25, 2021 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 23, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*