Name and address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCUMENT SECURITY SYSTEM, INC., <br><br> Plaintiff(s) <br><br> v. <br><br> SEOUL SEMICONDUCTOR CO., LTD. <br><br> Defendant(s). | CASE NUMBER <br> 8:19-CV-01792-JVS(DFMx) <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** [49] |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

MEAD, CHRISTOPHER B.  of  Schertler Onorato Mead & Sears
*Applicant's Name (Last Name, First Name & Middle Initial)*     555 - 13th Street, N.W., Suite 500 West
                                Washington, DC  20004
202-628-4199         202-628-4177
*Telephone Number*   *Fax Number*

cmead@schertlerlaw.com
*E-Mail Address*       *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
DSS, Inc.

Name(s) of Party(ies) Represented:  ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Karin G. Pagnanelli   of   Mitchell Silberberg & Knupp LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   2049 Century Park East, 18th Floor
                                      Los Angeles, CA 90067-3120
174763     310-312-3746     310-231-8346
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

kgp@msk.com
*E-Mail Address*       *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED.**

☐ **DENIED:** ☐ for failure to pay the required fee.
              ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
              ☐ for failure to complete Application: _____
              ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
              ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
              ☐ because

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☒ not be refunded.

Dated 7/12/2023                                    */s/ James V. Selna*
                                                   **U.S. District Judge**