Name and address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCUMENT SECURITY SYSTEM, INC., | CASE NUMBER<br>8:19-CV-01792-JVS(DFMx) |
| Plaintiff(s) | |
| v. | |
| SEOUL SEMICONDUCTOR CO., LTD. | ORDER ON APPLICATION<br>OF NON-RESIDENT ATTORNEY TO APPEAR<br>IN A SPECIFIC CASE *PRO HAC VICE* [50] |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

TIGHE, TARA N.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of Schertler Onorato Mead & Sears
555 - 13th Street, N.W., Suite 500 West
Washington, DC 20004
*Firm/Agency Name & Address*

202-628-4199   *Telephone Number*
202-628-4177   *Fax Number*
ttighe@schertlerlaw.com
*E-Mail Address*

for permission to appear and participate in this case on behalf of

DSS, Inc.

*Name(s) of Party(ies) Represented*     ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Karin G. Pagnanelli
*Designee's Name (Last Name, First Name & Middle Initial)*

of Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
*Firm/Agency Name & Address*

174763   *Designee's Cal. Bar No.*
310-312-3746   *Telephone Number*
310-231-8346   *Fax Number*
kgp@msk.com
*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED.**
☐ **DENIED:** ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated   July 12, 2023                                           _____
                                                                                    U.S. District Judge