Christopher B. Mead (*pro hac vice*)
Tara N. Tighe (*pro hac vice*)
Schertler Onorato Mead & Sears
555 13th Street NW Suite 500 West
Washington, DC 20004
Telephone: 202.628.4199
Fax: 202.628.4177
cmead@schertlerlaw.com
ttighe@schertlerlaw.com

Karin G. Pagnanelli (SBN 174763)
Mitchell Silberberg and Knupp LLP
2049 Century Park East 18th Floor
Los Angeles, CA 90067
Telephone: 310.312.2000
Fax: 310.312.3100
kgp@msk.com

Anna M. Targowska (*pro hac vice*)
Robyn C. Crowther (SBN 193840)
Steptoe and Johnson LLP
atargowska@steptoe.com
rcrowther@steptoe.com

Etai Lahav (*pro hac vice*)
Radulescu LLP
etai@radip.com

Guy Ruttenberg (SBN 207937)
Ruttenberg IP Law APC
guy@ruttenbergiplaw.com

Michael B. Eisenberg (*pro hac vice*)
Stevens & Lee
michael.eisenberg@stevenslee.com

*Attorneys for Plaintiff*
*Document Security Systems, Inc.*

*Attorneys for Defendants*
*Seoul Semiconductor, Co., Ltd. and Seoul Semiconductor, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCUMENT SECURITY SYSTEMS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>SEOUL SEMICONDUCTOR CO., LTD., AND SEOUL SEMICONDUCTOR, INC.,<br><br>*Defendants*. | CASE NO. 8:19-CV-01792-JVS-DFM<br><br>Hon. James V. Selna<br>Mag. Judge: Douglas F. McCormick<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>[(Proposed) Order filed concurrently herewith] |

**STIPULATION**

# STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Document Security Systems, Inc. ("Plaintiff") and Defendants Seoul Semiconductor, Co., Ltd. and Seoul Semiconductor, Inc (collectively, "Defendants,") and together with Plaintiff, the "Parties") by and through their respective counsel of record hereby jointly stipulate and agree to dismiss this case with prejudice. The Parties further stipulate and agree that this dismissal with prejudice shall apply only to the patents asserted in Plaintiff's Complaint in this matter. The Parties further stipulate and agree that each party shall bear its own attorneys' fees and costs.

**SO STIPULATED:**

Dated: May 24, 2024

SCHERTLER ONORATO MEAD & SEARS
Tara N. Tighe
Christopher B. Mead

MITCHELL SILBERBERG AND KNUPP LLP
Karin G. Pagnanelli

*Attorneys for Plaintiff*
By:   /s/ Karin G. Pagnanelli

Dated: May 24, 2024

STEPTOE AND JOHNSON LLP
Anna M. Targowska (*pro hac vice*)
Robyn C. Crowther (SBN 193840)

RADULESCU LLP
Etai Lahav (pro hac vice)

RUTTENBERG IP LAW APC
Guy Ruttenberg (SBN 207937)

STEVENS & LEE
Michael B. Eisenberg (pro hac vice)

*Attorneys for Defendants*
By:   /s/ Michael B. Eisenberg

**Attestation Signatures Per Local Rule 5-4.3.4(A)(2)(I)**

I, Karin G. Pagnanelli, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

DATED: May 24, 2024      */s/ Karin G. Pagnanelli*
                                            Karin G. Pagnanelli