UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DOCUMENT SECURITY SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEOUL SEMICONDUCTOR CO., LTD., AND SEOUL SEMICONDUCTOR, INC., <br><br> Defendants. | CASE NO. 8:19-CV-01792-JVS-DFM <br><br> **[PROPOSED] ORDER OF DISMISSAL** |
|---|---|

**[PROPOSED] ORDER**

**[PROPOSED] ORDER**

Upon consideration of the stipulation among the Parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby **ORDERED** as follows.

This case is hereby dismissed with prejudice. Such dismissal with prejudice shall apply only to the patents asserted in Plaintiff Document Security Systems, Inc.'s Complaint in this matter.

Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. James V. Selna
United States District Judge