JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DOCUMENT SECURITY SYSTEMS, INC., | CASE NO. 8:19-CV-01792-JVS-DFM |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL [53]** |
| v. | |
| SEOUL SEMICONDUCTOR CO., LTD., AND SEOUL SEMICONDUCTOR, INC., | |
| Defendants. | |

**ORDER**

**ORDER**

Upon consideration of the stipulation among the Parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby **ORDERED** as follows.

This case is hereby dismissed with prejudice. Such dismissal with prejudice shall apply only to the patents asserted in Plaintiff Document Security Systems, Inc.'s Complaint in this matter.

Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: June 04, 2024

Hon. James V. Selna
United States District Judge

2
ORDER