AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  __Central District of California, Southern Division__  on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>8:19-cv-01792 JVS | DATE FILED<br>9/18/2019 | U.S. DISTRICT COURT<br>Central District of California, Southern Division |
|---|---|---|
| PLAINTIFF<br>DOCUMENT SECURITY SYSTEMS, INC. | | DEFENDANT<br>SEOUL SEMICONDUCTOR CO., LTD., and SEOUL SEMICONDUCTOR, INC. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,315,119 | 1/1/2008 | Document Security Systems, Inc. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Order of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). MD JS-6. Case terminated. |

| CLERK<br>Brian Karth | (BY) DEPUTY CLERK<br>Evelyn Synagogue | DATE<br>6/4/2024 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCUMENT SECURITY SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEOUL SEMICONDUCTOR CO., LTD., AND SEOUL SEMICONDUCTOR, INC., <br><br> Defendants. | CASE NO. 8:19-CV-01792-JVS-DFM <br><br> **ORDER OF DISMISSAL [53]** |

**ORDER**

# ORDER

Upon consideration of the stipulation among the Parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby **ORDERED** as follows.

This case is hereby dismissed with prejudice. Such dismissal with prejudice shall apply only to the patents asserted in Plaintiff Document Security Systems, Inc.'s Complaint in this matter.

Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: June 04, 2024

Hon. James V. Selna
United States District Judge